UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANA PENATE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-2451-B |
| | § | |
| ISSA LOGISTICS, LLC and JOHN DOE, *in his capacity as the Legal Representative of the Estate of* SERMARIO ANTRON WARD, *deceased*, | § § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Ana Penate filed her Amended Complaint on November 10, 2022. Doc. 5, Am. Compl. Penate did not serve Defendant John Doe within 90 days after the Amended Complaint was filed, as required by Federal Rule of Civil Procedure 4(m). On February 10, 2023, the Court ordered Penate to serve John Doe by February 20, 2023. *See* Doc. 10, Order. The Court warned that, if Penate failed to serve John Doe or show good cause, the Court would dismiss Penate's claims against Defendant John Doe without prejudice and without further notice. *Id.*

Penate did not serve John Doe or show good cause by the February 20, 2023 deadline. The Court therefore **DISMISSES WITHOUT PREJUDICE** Penate's claims against Defendant John Doe. *See* Fed. R. Civ. P. 4(c)(1), 4(m); Local Rule 4.1.

SO ORDERED.

SIGNED: February 22, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE